IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRUCE ERIC WILLIAMS,

                    Plaintiff,                  ORDER

    v.

                                                    09-cv-280-slc

Doctor ROMANA and
Nurse SWANSON,

                    Defendants.

---

        On June 5, 2009, this court screened plaintiff Bruce Williams's complaint and granted his request for leave to proceed on his claims that defendants Doctor Romana and Nurse Swanson failed to provide adequate medical treatment for plaintiff's throat problems in violation of the Eighth Amendment. A preliminary pretrial conference was held on July 28, 2009. Now plaintiff has written to the court. I understand him to be asking the court to give him a loan in order that he can have copies of his medical records made or in the alternative to order the jail release his funds to use to make the copies. The court cannot grant plaintiff's request.

        The court does not loan money for copies. If plaintiff wants to inspect his medical records he can file a discovery request under Fed. R. Civ. P. 34. Then plaintiff could ask jail officials for a loan or to release the funds he has in order that he can make copies of the records. At this time, plaintiff has not demonstrated that the jail's refusal to allow him to use his funds to obtain copies of his medical records is preventing him from litigating this case.

        In his letter, plaintiff mentions that he will be released from jail soon. He is reminded that it is his responsibility to keep the court informed of his address.

ORDER

IT IS ORDERED that plaintiff's motion for a loan, dkt. # 30, is DENIED.

Entered this 9th day of September, 2009.

> BY THE COURT:
>
> /s/
>
> STEPHEN L. CROCKER
> Magistrate Judge