IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRUCE ERIC WILLIAMS,

     Plaintiff,

v.

TEODORO ROMANA, CHRISTINE
SWANSON and SAUK COUNTY JAIL
SHERIFFS DEPARTMENT,

     Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-280-slc

---

    This action came for consideration before the court with MAGISTRATE
JUDGE STEPHEN L. CROCKER presiding.  The issues have been considered and a
decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.


_____          ___3 / 8 / 10___
  Peter Oppeneer, Clerk of Court                     Date