IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRUCE ERIC WILLIAMS,

                    Plaintiff,                    ORDER

   v.

                                                09-cv-280-slc

TEODORO ROMANA and
CHRISTINE SWANSON,

                    Defendants.

---

On March 8, 2010, judgment was entered in this case in favor of defendants Teodoro Romana and Christine Swanson after I granted their motion for summary judgment on plaintiff Bruce Eric Williams's claim that they failed to provide adequate medical treatment for his throat problems while he was in jail. On April 8. 2010, I denied plaintiff's motion to alter or amend judgment.

Now plaintiff has filed a notice of appeal and a request for leave to proceed on appeal *in forma pauperis*. Because plaintiff no longer is imprisoned, his request for leave to proceed *in forma pauperis* is governed by Fed. R. App. P. 24 rather than the 1996 Prison Litigation Reform Act. Fed. R. App. P. 24(a) provides that if a plaintiff has been granted leave to proceed *in forma pauperis* in this court, he "may proceed on appeal *in forma pauperis* unless. . .the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed." Plaintiff was granted leave to proceed *in forma pauperis* in this court. Moreover, upon review of the record, I conclude that there is no reason to certify that an appeal would not be taken in good faith or that plaintiff is otherwise not entitled to proceed <u>in forma pauperis</u> on appeal.

ORDER

IT IS ORDERED that: plaintiff's request for leave to proceed <u>in forma pauperis</u> on appeal is GRANTED.

Entered this 6th day of May, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge